**Order issued February 14, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

### No. 05-13-00139-CV
_____

### IN RE DAVID L. MILLER, Relator

**Original Proceeding from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F03-73517-H**

# O R D E R

Before Justices Moseley, Francis, and Fillmore

Based on the Court's opinion of this date, we **DISMISS** relator's petition for writ of habeas

corpus.   We **ORDER** that relator bear the costs of this original proceeding.


        /Molly Francis/
        MOLLY FRANCIS
        JUSTICE